## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RICHARD C. CURRAN, | : No. 176 MM 2014 |
| Petitioner | : |
| v. | : |
| HON. WILLIAM H. WIEST, PRESIDENT JUDGE, NORTHUMBERLAND COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.